IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JON C. TINKER, | ) | Case No. 2:13-cv-01475-CMK |
| | ) | |
| Plaintiff, | ) | **ORDER FOR A FIRST EXTENSION OF** |
| | ) | **30 DAYS FOR PLAINTIFF TO FILE** |
| v. | ) | **MOTION FOR SUMMARY JUDGMENT** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

Having reviewed the Stipulation of the parties and finding good cause, the Court hereby **APPROVES** and **ADOPTS** the parties' Stipulation and Proposed Order for a First Extension of 30 Days for Plaintiff to file his Motion for Summary Judgment and/or Remand.  The Court hereby **EXTENDS** the schedule in this matter as follows:

1.      The deadline for the filing of Plaintiff's motion for summary judgment and/or remand is extended thirty (30) days;

2.      All other deadlines and scheduling matters set forth in the Court's July 29, 2013 Scheduling Order remain the same.

**IT IS SO ORDERED.**

**Dated:  June 6, 2014**

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE