IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON C. TINKER, | No. 2:13-CV-1475-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. Good cause appearing therefor, the order to show cause issued on August 29, 2014, is hereby discharged.

IT IS SO ORDERED.

DATED: October 10, 2014

                                                        **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE

1